PAUL J. FISHMAN
United States Attorney
JORDAN ANGER
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2700
FLU:KS

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff,*<br>v.<br><br>JAMES TURNER,<br><br>         *Defendant.* | Hon. Dennis Cavanaugh<br><br>Criminal Action No. 11-868<br><br><br>**ORDER FOR PAYMENT OF FINE FROM REGISTRY OF COURT** |

  Upon consideration of the motion of PAUL J. FISHMAN, United States Attorney for the District of New Jersey by and through Leah A. Bynon, Assistant U.S. Attorney, and this Court being fully advised in the premises:

  IT IS HEREBY ORDERED that the Clerk of the United States District Court for the District of New Jersey, is directed to pay over forthwith to the Treasurer of the United States the sum of $25,000.00, deposited in the Registry of the Court by the defendant, James Turner, in

connection with the Appearance Bond executed by said defendant in Case No. 11-868 as

payment in full on the fine owed by the defendant in Criminal Case No. 11-868.

Dated this _____19_____ day of _____July_____, 2012.

_____
HON. DENNIS M. CAVANAUGH
UNITED STATES DISTRICT COURT