UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 11-CR-868 |
| V. | : | RECOGNIZANCE NO. NEW3945 |
| JAMES TURNER | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| Defendant | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of three hundred thousand ($300,000) was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record with twenty five thousand ($25,000) being applied to the fine owed by said defendant as per an order filed on July 19, 2012.

IT IS ON THIS 30th day of July, 2012,

ORDERED THAT the sum of two hundred and seventy five thousand ($275,000) be returned to James Turner 319 6th St., Traverse City, MI 49684.

JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT