UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATE OF AMERICA | CRIMINAL NO. 11-CR-868 |
| V. | RECOGNIZANCE NO. NEW3945 |
| JAMES TURNER | CONSENT DECREE FOR RETURN OF BALANCE OF DEPOSIT OF BAIL |
| Defendant | |

The above-captioned Defendant having deposited three hundred thousand dollars ($300,000) bail with the United States District Court for the District of New Jersey and the Court having returned two hundred seventy five thousand dollars ($275,000) and having applied twenty five thousand ($25,000) to the fine owed by Defendant as per the order filed on August 2, 2012, and the parties now stipulating and agreeing that the twenty five thousand dollars ($25,000) that was applied to Defendant's fine shall be released to Defendant and Defendant shall use those funds to pay upon his Consent Judgment with the United States Securities & Exchange Commission in United States District Court District of New Jersey Case No. 2:11-cv-05020-DMC-JAD. The parties agree that Defendant shall make payment upon his fine in this matter consistent with the terms of the Judgment entered in this matter on April 16, 2012.

Dated: ~~August~~ ___, 2012

Paul J. Fishman
United States Attorney

By: _____
Jordan M. Anger
Assistant United States Attorney
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
973-645-2829 (direct dial)
973-297-2010 (facsimile)
Jordan.Anger@usdoj.gov

|  |  |
|---|---|
| Dated: August 7, 2012 | BUSH LAW OFFICES, PLLC<br>By: _____<br>Joseph S. Bush<br>Attorney for Defendant<br>318 Houston Ave., Ste. 105<br>Muskegon, MI 49441<br>231-760-4490 (main telephone)<br>888-702-0295 (facsimile)<br>joebushlaw@gmail.com |

IT IS SO ORDERED that Defendant's fine remains outstanding consistent with the terms herein and the sum of twenty five thousand dollars ($25,000) be returned to James Turner, 319 6th Street, Traverse City, MI 49684.

_____
JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT
Sept. 10, 2012